UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MUFID AHMAD MUSTAFA,

    Petitioner,

v.

MARKWAYNE MULLIN, et al.,[1]

    Respondents.

No. 1:26-CV-083-H

## ORDER

Before the Court is Mufid Ahmad Mustafa's petition for a writ of habeas corpus. Dkt. No. 1. The Court observes that Mustafa can no longer be located through ICE's Online Detainee Locator System using his biographical information, his country of birth, or his A-Number. To assist the Court with determining whether it retains jurisdiction over the petition, *see Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583–84 (1999), the parties are ordered to file a joint status report within seven days of this Order indicating whether Mustafa remains in custody.

So ordered on June 15, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin, the United States Secretary of Homeland Security, is automatically substituted for his predecessor, Kristi Noem. *See* Fed. R. Civ. P. 25(d).